# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3072

_____

SOLERO LAND COMPANY, LLC, a
limited liability company,

    Petitioner,

    v.

JEFFERSON COUNTY, a political
Subdivision of the State of
Florida,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 13, 2026

PER CURIAM.

DENIED.

ROWE, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erin J. Tilton of Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Tallahassee, for Petitioner.

No appearance for Respondent.